# United States Court of Appeals
# for the Federal Circuit

———————————

October 5, 2012

**ERRATA**

———————————

Appeal No. 2012-3110

**STEPHEN W. GINGERY,**
**v.**
**DEPARTMENT OF VETERANS AFFAIRS,**

Decided:  October 5, 2012

———————————

This opinion is nonprecedential.  Please add the following to the top of the first page of the opinion:

NOTE: This disposition is nonprecedential.